LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS L. TUCKER,<br><br>           Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>           Defendants. | CASE NO. C 06 1932 TEH<br><br>Before the Honorable THELTON E. HENDERSON<br><br>[PROPOSED] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:   July 17, 2006<br>Conference Time:   1:30 PM<br>Location:                Courtroom 12, 19th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 17, 2006 Case Management Conference ("CMC") to ___November 13, 2006___, at ___1:30 p.m___. In the event the case is not transferred as part of the MDL No. 1769 - *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

*Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED:    07/07/06



Honorable THELTON E. HENDERSON
United States District Court Judge